BENJAMIN R. FRENCH, Plaintiff, *v.* ELIZABETH FRENCH et al., Respondents, and GEORGE C. HELFERT et al., Appellants, Impleaded with Others.

*French* v. *French,* 107 App. Div. 107, appeal dismissed.
(Argued April 16, 1906; decided April 24, 1906.)

MOTION to dismiss an appeal from a judgment entered July 19, 1905, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, affirming a portion of an interlocutory judgment of Special Term and an order awarding costs in an action of partition.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to consider the appeal, it being from an interlocutory judgment in partition.

*John D. Collins* for motion.

*H. C. Sholes* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.